The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON TUG AND BARGE CO. INC.; and GILMUR/HALE FAMILY TRUST,<br><br>Defendants. | NO. 2:16-cv-00445 RSL<br><br>DEFENDANT SAMSON TUG AND BARGE CO., INC.'S CORPORATE DISCLOSURE STATEMENT |

In accordance with this Court's Order and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Samson Tug and Barge Co., Inc., a Washington corporation, hereby makes the following disclosures:

Defendant Samson Tug and Barge Co., Inc. is a privately held corporation with no parent corporations.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DEFENDANT SAMSON TUG AND BARGE CO., INC.'S
CORPORATE DISCLOSURE STATEMENT - 1
( 2:16-cv-00445 RSL)

5778938.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1    DATED this 25th day of May, 2016.

2                                              s/ Mark M. Myers
                                               s/ S. Shawn Toor
3                                              Mark M. Myers, WSBA #15362
                                               S. Shawn Toor, WSBA #50108
4                                              Attorneys for Defendant Samson Tug and
                                               Barge Co., Inc.
5                                              WILLIAMS, KASTNER & GIBBS PLLC
                                               601 Union Street, Suite 4100
6                                              Seattle, WA 98101-2380
                                               Telephone: (206) 628-6600
7                                              Fax: (206) 628-6611
                                               mmyers@williamskastner.com
8                                              stoor@williamskastner.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT SAMSON TUG AND BARGE CO., INC.'S
CORPORATE DISCLOSURE STATEMENT - 2
( 2:16-cv-00445 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5778938.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared.

DATED this 25th day of May, 2016, at Seattle, Washington.

s/Mark M. Myers
Mark M. Myers, WSBA #15362
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
mmyers@williamskastner.com

DEFENDANT SAMSON TUG AND BARGE CO., INC.'S
CORPORATE DISCLOSURE STATEMENT - 3
( 2:16-cv-00445 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5778938.1