The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON TUG AND BARGE CO. INC., DUWAMISH MARINE CENTER, JACQUELINE H. GILMUR, JAMES D. GILMUR and the JAMES D. AND JACQUELINE H. GILMUR LIVING TRUST,<br><br>Defendants. | No.  2:16-cv-00445-RSL<br><br>DEFENDANT DUWAMISH MARINE CENTER'S CORPORATE DISCLOSURE STATEMENT |

In accordance with the Court's Order and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Duwamish Marine Center, a Washington corporation, hereby makes the following disclosures:  Defendant Duwamish Marine Center is a privately held corporation with no parent corporations.  A supplemental disclosure will be filed upon any change in the information provided herein.

Corporate Disclosure Statement - 1
Case No. 2:16-cv-00445-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51564083.1

DATED this 16th day of November, 2016.

*s/Lori  A. Terry*
*s/John Ray Nelson*
Lori  A. Terry, WSBA #22006
John Ray Nelson, WSBA #16393
FOSTER PEPPER PLLC
1111 Third Avenue
Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: lori.terry@foster.com
        john.nelson@foster.com

Attorneys for Defendants
Duwamish Marine Center, Jacqueline H. Gilmur, James D. Gilmur, and the James D. and Jacqueline H. Gilmur Living Trust

Corporate Disclosure Statement - 2
Case No. 2:16-cv-00445-RSL

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51564083.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Meredith Crafton | Mark M. Myers |
| Knoll Lowney | Williams Kastner & Gibbs |
| Smith & Lowney, P.L.L.C | 601 Union Street, Suite 4100 |
| 2317 East John Street | Seattle, WA 98101-2380 |
| Seattle, WA 98112 | mmyers@williamskastner.com |
| meredithc@igc.org | |
| knoll@igc.org | *Attorney for Samson Tug and Barge Co. Inc.* |

*Attorney for Puget Soundkeeper Alliance*

DATED this 16th day of November, 2016.

*/s/ Michelle Stark*
Michelle Stark, Legal Assistant

Corporate Disclosure Statement - 3
Case No. 2:16-cv-00445-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51564083.1