THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGETSOUNDKEEPER ALLIANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSON TUG AND BARGE CO. INC., DUWAMISH MARINE CENTER, JACQUELINE H. GILMUR, JAMES D. GILMUR and THE JAMES D. AND JACQUELINE H. GILMUR LIVING TRUST,<br><br>　　　　Defendants. | NO. 2:16-cv-00445-RSL<br><br>[Proposed] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

This matter having come before the Court on the Parties' Stipulated Motion for Leave to Amend Complaint, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in this matter, hereby GRANTS the Stipulated Motion for Leave to Amend the Complaint.

[Proposed] ORDER GRANTING LEAVE TO
AMEND COMPLAINT - 1
NO. 2:16-cv-00445-RSL

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

IT IS HEREBY ORDERED:

The Stipulated Motion to Amend the Complaint is GRANTED.

DATED this 15th day of March 2017.

*/s/ Robert S. Lasnik*
HON. ROBERT S. LASNIK
United States District Court Judge

[Proposed] ORDER GRANTING LEAVE TO
AMEND COMPLAINT - 2
NO. 2:16-cv-00445-RSL

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883